# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIAS KLAICH,** | Case No. 2:15-cv-00719-JAM-AC |
| Plaintiff, | **ORDER** |
| vs. | |
| **BANK OF AMERICA CORPORATION** and **EXPERIAN INFORMATION SOLUTIONS, INC.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 6th day of January, 2016

/s/ John A. Mendez_____
The Honorable John A. Mendez